ACCEPTED
15-24-00116-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/9/2025 10:51 AM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00116-CV**

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
9/9/2025 10:51:59 AM
CHRISTOPHER A. PRINE
Clerk

**ARNULFO CORTEZ, JR., HOMERO R. BALDERAS, BRIAN D. NIPPER, MARK F. VAN ROSENDAEL, AND BRYAN K. HUGGHINS**
*Appellants,*

**V.**

**TEXAS COMMISSION ON LAW ENFORCEMENT, GREGORY STEVENS IN HIS CAPACITY AS THE EXECUTIVE DIRECTOR OF THE TEXAS COMMISSION ON LAW ENFORCEMENT, JOHN BEAUCHAMP IN HIS OFFICIAL CAPACITY AS COUNSEL FOR TEXAS COMMISSION ON LAW ENFORCEMENT AND T.J. VINEYARD, IN HIS OFFICIAL CAPACITY AS MAJOR FOR TEXAS COMMISSION ON LAW ENFORCEMENT**
*Appellees.*

---

*On Appeal from Cause No. D-1-GN-24-002797 in the 455th Judicial District Court, Travis County, Texas, Hon. Daniella Deseta Lyttle*

---

**ARNULFO CORTEZ JR.'S MOTION FOR PARTIAL DISMISSAL OF *HIS APPEAL ONLY***

---

**HYDE KELLEY LLP**
2806 Flintrock Trace, Suite A104
Austin, Texas 78738
Telephone: (512) 686-0700
Facsimile: (866) 929-1641

GEORGE E. HYDE
Texas Bar No. 45006157
ghyde@txlocalgovlaw.com
MATTHEW L. WESTON
Texas Bar No. 24037698
mweston@txlocalgovlaw.com

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant Arnulfo Cortez, Jr. ("Cortez"), and **only Cortez**, file this Motion for Partial Dismissal of His Appeal Only and would show the Court as follows:

1.     Cortez, and only Cortez, no longer wishes to pursue his appeal against Appellees Texas Commission on Law Enforcement, Gregory Stevens in his Capacity as the Executive Director of the Texas Commission on Law Enforcement, John Beauchamp in his Official Capacity as Counsel for Texas Commission on Law Enforcement and T.J. Vineyard, in his Official Capacity as Major for Texas Commission on Law Enforcement. The remaining Appellants still wish to pursue their appeal.

2.     Partial dismissal will not prejudice the remaining parties. The remaining appellants may still pursue their claims.

## PRAYER

For these reasons, Appellant Arnulfo Cortez, Jr. respectfully request that the Court grant dismiss his appeal against Texas Commission on Law Enforcement, Gregory Stevens in his Capacity as the Executive Director of the Texas Commission on Law Enforcement, John Beauchamp in his Official Capacity as Counsel for Texas Commission on Law Enforcement and T.J. Vineyard, in his Official Capacity as Major for Texas Commission on Law Enforcement without prejudice. This Motion does not affect any other Appellants.

Dated: September 9, 2025

Respectfully submitted,

**HYDE KELLEY LLP**
2806 Flintrock Trace, Suite A104
Austin, Texas 78738
Telephone: (512) 686-0700
Facsimile: (866) 929-1641

*/s/ George E. Hyde*
GEORGE E. HYDE
Texas State Bar No. 45006157
ghyde@txlocalgovlaw.com
MATTHEW L. WESTON
Texas State Bar No. 24037698
mweston@txlocalgovlaw.com

**ATTORNEYS FOR APPELLANTS**

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with opposing counsel in this case regarding this motion. As of the time of this filing, counsel for Appellees has not stated whether her client is opposed to the motion.

/s/ George E. Hyde
GEORGE E. HYDE

## CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on September 9, 2025, a true and correct copy of the foregoing document was served in accordance with the Texas Rules of Appellate Procedure upon the counsel of record in this cause via electronic service.

Lauren McGee
Assistant Attorney General
Administrative Law Division
Office of the Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-3203

Lauren.mcgee@oag.texas.gov

**ATTORNEY FOR APPELLEES**

/s/ George E. Hyde
GEORGE E. HYDE

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Alani Alvarez on behalf of George Hyde
Bar No. 45006157
aalvarez@txlocalgovlaw.com
Envelope ID: 105374803
Filing Code Description: Motion
Filing Description: 2025.09.09 Cortez Partial Dismissal
Status as of 9/9/2025 11:15 AM CST

Associated Case Party: Arnulfo Cortez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alani Alvarez | | aalvarez@txlocalgovlaw.com | 9/9/2025 10:51:59 AM | SENT |
| Christopher Corbett | | ccorbett@txlocalgovlaw.com | 9/9/2025 10:51:59 AM | SENT |
| George E.Hyde | | Ghyde@txlocalgovlaw.com | 9/9/2025 10:51:59 AM | SENT |
| Lillian Goebel | | lgoebel@txlocalgovlaw.com | 9/9/2025 10:51:59 AM | SENT |
| Matthew Weston | | mweston@txlocalgovlaw.com | 9/9/2025 10:51:59 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Lauren McGee | 24128835 | Lauren.mcgee@oag.texas.gov | 9/9/2025 10:51:59 AM | SENT |

Associated Case Party: TEXAS COMMISSION ON LAW  ENFORCEMENT

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jennifer Foster | | Jennifer.Foster@oag.texas.gov | 9/9/2025 10:51:59 AM | SENT |